Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel:   (805)458-6312
Fax:   (805)489-2001
slcrwafordlaw@gmail.com

Attorney for Defendant
JUAN LASCANO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-CR-00049 LJO / SKO |
| Plaintiff, | STIPULATION AND ORDER FOR TRANSPORT OF DEFENDANT TO ATTEND HIS MOTHER'S FUNERAL |
| vs. | |
| JUAN LASCANO, JR., | |
| Defendant. | |

**It is hereby stipulated by and between** Assistant United States Attorney Brian K. Delaney and attorney for the defendant, Steven L. Crawford that defendant Juan Lascano, Jr. shall be released to the custody of Licensed Private Investigator Osiel Garza as the third party custodian, PI License Number 27103, cell phone number (559) 732-7744, at or after 9:00 a.m. Monday, May 11, 2015 from the Lerdo Detention Facility. Defendant Juan Lascano, Jr. will be allowed to change into appropriate clothing to attend the funeral and burial of his mother, Felicitas Lascano.

The funeral is to take place at 10:00 am on Monday, May 11, 2015 at Guadalupe Church, 601 E. California Avenue, Bakersfield, CA. The burial will take place immediately following the funeral at Green Lawn Cemetary at 2739 Panama Lane, Bakersfield, California. (661)834-8820. The defendant will be in the custody and control of Osiel Garza for the entire time of his release. The defendant is to be returned directly to the Lerdo Detention Facility following the burial

-1-

service with no stop being made between. Mr. Lascano shall be returned to the Lerdo Detention Facility no later than 2:00 pm on Monday, May 11, 2015. Defendant will be considered to be in federal custody so that should any attempt to escape or escape should occur, he will be charged with escaping federal custody and punished to the full extent of the law.

IT IS SO STIPULATED:

DATED: May 8, 2015

*/Steven L. Crawford/*
Steven L. Crawford
Attorney for Defendant
JUAN LASCANO


/Brian K. Delaney/
Brian K. Delaney
AUSA


**IT IS SO ORDERED:**

**Dated:   May 8, 2015**

STANLEY A. BOONE
United States Magistrate Judge